**Leroy ERVIN, Petitioner,**

v.

**STATE of Florida, Respondent.**

**Case No. 5D16–3088**

District Court of Appeal of Florida, Fifth District.

Opinion filed December 9, 2016

■

Leroy Ervin, Malone, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 14, 2015, judgment and sentence in Case No. 15–CF–461, in the Circuit Court in and for Seminole County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, ORFINGER, WALLIS, JJ., concur.